■ JoAnn Hoeltke et al., Appellants, v Allcare Dental & Dentures, Respondent. [960 NYS2d 684]—Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered November 26, 2011. The order, inter alia, granted defendant's motion to enforce a conditional order of preclusion and to strike plaintiffs' complaint and dismiss the action against defendant.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Fahey, Carni, Lindley and Whalen, JJ.

■ Dionne Wallace, Respondent, v Kaleida Health et al., Appellants. [960 NYS2d 685]—Appeals from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered March 15, 2012. The order denied the motions of defendants for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on February 11, 12 and 16, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Fahey, Carni, Lindley and Whalen, JJ.

■ In the Matter of David Thomas et al., Appellants, v Zoning Board of Appeals of Town of Grand Island et al., Respondents. [960 NYS2d 685]—Appeal from a judgment of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered March 23, 2012 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Fahey, Carni, Lindley and Whalen, JJ.